ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Diversified Maintenance Systems, Inc. | ) ASBCA No. 63304 |
| | ) |
| Under Contract No. FA4855-18-D-0002 | ) |
| T.O. FA4855-20-F-0013 | ) |

APPEARANCES FOR THE APPELLANT:      John C. Dulske, Esq.
                                    Bonnie Kirkland, Esq.
                                    Carrie Gorner, Esq.
                                      Dykema Gossett PLLC
                                      San Antonio, TX

APPEARANCE FOR THE GOVERNMENT:      Jeffrey P. Hildebrant, Esq.
                                      Deputy Chief Trial Attorney

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: June 24, 2022

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63304, Appeal of Diversified Maintenance Systems, Inc., rendered in conformance with the Board's Charter.

Dated: June 24, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals